UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DESTRYA LYNN CHANDLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 4:13 CV 254  RWS |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM AND ORDER

This matter is before me on a Report and Recommendation to affirm the decision of the

Commissioner of Social Security to deny Plaintiff benefits under Titles II and XVI of the Social

Security Act.  Neither of the parties has filed an objection to this recommendation.

This matter was referred to United States Magistrate Judge Nannette A. Baker for a

Report and Recommendation pursuant to 28 U.S.C. § 636(b).  Judge Baker issued a Report and

Recommendation on February 5, 2014 that recommended that the Commissioner's decision to

deny benefits should be affirmed.  Judge Baker found that the Administrative Law Judge's

determination that Plaintiff was not entitled to benefits was supported by substantial evidence in

the record.

Any objections to Judge Baker's Report and Recommendation had to be filed by February

19, 2014.  Neither of the parties has filed an objection as of today's date.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge Baker is **SUSTAINED, ADOPTED AND INCORPORATED** herein.  The Commissioner of Social Security's decision to deny Supplemental Security Income benefits to Plaintiff is affirmed.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 21st day of February, 2014.